**Linda S. THOMAS, Respondent,**

v.

**Carson L. THOMAS, Appellant.**

**No. 74615.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1999.

Richard B. Dempsey, Washington, for appellant.

David P. Senkel, Hillsboro and Clayton, for respondent.

Before JAMES A. PUDLOWSKI, P.J. CLIFFORD H. AHRENS, J. and ROBERT E. CRIST, Senior Judge.

**O R D E R**

PER CURIAM.

Husband, Carson Thomas, appeals from the judgment of the trial court modifying a decree of dissolution of his marriage to wife, Linda Thomas, by increasing his maintenance obligation to her.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no prece-

dential value. The judgment is affirmed pursuant to Rule 84.16(b).

**Jesse WYATT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 74892.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

**O R D E R**

PER CURIAM.

Jesse Wyatt appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. The motion court's findings of facts and conclusions of law are not clearly erroneous. An opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).